Case 2:22-cr-00108-AB  Document 1  Filed 03/23/22  Page 1 of 8  Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
3/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>HYOUNG NAM SO,<br>  aka "Brian So,"<br><br>          Defendant. | CR 2:22-cr-00108-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy to Commit Federal Funds Bribery] |

The Grand Jury charges:

[18 U.S.C. § 371]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Company A was an American multinational automotive manufacturing company headquartered in Michigan. Between January 1, 2015, and December 31, 2016, Company A received more than $10,000 through Federal assistance programs.

2. Company B was a privately owned company that manufactured parts and supplies for automobiles. Company B was located in South Korea.

3.  Company C was a Chinese multinational company that manufactured parts and supplies for automobiles.

4.  Co-conspirator 1 ("CC-1") was the owner and President of Company B.

5.  Co-conspirator 2 ("CC-2") was hired by CC-1 to arrange the transfer of South Korean Won ("KRW") to the United States outside of traditional banking and financial systems.

6.  In 2015, defendant HYOUNG NAM SO, also known as "Brian So," was employed by Company A as a team manager. Defendant SO was responsible for supervising the supply of parts used to build interiors for Company A automobiles in North America. Defendant SO supervised a team of at least six employees, including Employee 1.

7.  Company A awarded contracts to provide parts for the automobiles it was building using a competitive bidding process.

8.  In the Summer and Fall of 2015, Company A solicited bids for a large contract to supply painting, window film, and molding for Company A automobiles (the "Contract").

9.  Defendant SO and his team were responsible for managing the bidding process for the Contract on behalf of Company A, including soliciting bids for the Contract, reviewing bids from supply companies, and recommending a supplier to Company A executives to fulfill the Contract. Defendant SO assigned Employee 1 the responsibility of being the main point of contact within Company A for the competing suppliers, including Company B. Employee 1 worked directly underneath, and reported to, defendant SO.

10. Company A executives relied on, and trusted, defendant SO's recommendation when determining which supply company would be awarded the Contract.

B.   OBJECT OF THE CONSPIRACY

11.   Beginning no later than in or about August 2015, and continuing through at least October 5, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant SO conspired with CC-1, CC-2, and others known and unknown to the Grand Jury, to commit an offense against the United States, specifically, bribery concerning programs receiving Federal funds, in violation of Title 18, United States Code, Section 666(a)(1)(B).

C.   MANNER AND MEANS OF THE CONSPIRACY

12.   The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

   a.   Defendant SO, individually and through his team, solicited bids for the Contract from domestic and foreign suppliers.

   b.   Defendant SO promised CC-1 that Company B would win the Contract if CC-1 gave $5 million to defendant SO in "cash."  As the parties knew and understood, this payment was a bribe to obtain the Contract.

   c.   In order to ensure that CC-1 would remain willing to pay the bribe, defendant SO took steps to enable Company B to win the Contract, including the following:

      i.   Defendant SO instructed Employee 1 to assist Company B to submit a winning bid.  Defendant SO directed Employee 1 to use Employee 1's personal email account when providing this information to Company B, which was against Company A's policies.

      ii.   Defendant SO, and Employee 1 at defendant SO's direction, allowed Company B to update its bid after deadlines had passed, in violation of Company A's internal deadlines and policies.

3

          iii. Defendant SO failed to advise Company A executives that Company C had submitted the lowest qualified bid for the Contract at the deadline.

    d. In order to pay the bribe that defendant SO had solicited in exchange for assisting Company B to win the Contract, CC-1 arranged for cash to be transferred from South Korea to Los Angeles.

    e. CC-2 picked up $1 million in cash that had been transferred to Los Angeles and transported it by car to Michigan in order to pay it to defendant SO.

    f. After defendant SO received a portion of the bribe that he had solicited, namely, the $1 million that CC-2 transported to Michigan, defendant SO recommended to Company A executives that they award the Contract to Company B. After Company A awarded the Contract to Company B, defendant SO withheld information about the award from CC-1 until he received $2.45 million from CC-1, which was a further portion of the bribe that defendant SO had solicited.

D. <u>OVERT ACTS</u>

13. On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant SO, CC-1, CC-2 and other co-conspirators known and unknown to the Grand Jury, committed, willfully caused others to commit, and aided and abetted the commission of the following overt acts, among others, within the Central District of California and elsewhere:

<u>Overt Act No. 1</u>: On October 21, 2015, at a meeting in South Korea, in response to CC-1's question regarding how Company B could obtain additional contracts from Company A, defendant SO told CC-1 that defendant SO would ensure that Company B won a large upcoming

4

contract that was to be awarded to the lowest bidder if CC-1 paid $5 million to defendant SO.

Overt Act No. 2:   On October 23, 2015, via telephone, defendant SO and CC-1 discussed the "5 million dollar" payment; CC-1 repeatedly requested to wire the money directly from "the bank," but defendant SO advised CC-1 that "what they [] wanted was simple [and] clear.  In cash."

Overt Act No. 3:   On November 1, 2015, CC-1 recruited CC-2 to locate a broker in Los Angeles to help transfer cash from South Korea to the United States.

Overt Act No. 4:   On November 6, 2015, via text message, CC-2 advised CC-1 that CC-1 could begin transferring money from his bank account in South Korea to money brokers in South Korea who would then make the money available to money brokers in Los Angeles.

Overt Act No. 5:   On November 6, 2015, CC-1 wired 121,700,000 KRW to a money broker in South Korea, which was the first in a series of similar transfers.

Overt Act No. 6:   On November 23, 2015, via e-mail, at defendant SO's direction, Employee 1 provided defendant SO a summary of final bids which identified Company C as the lowest bidder.

Overt Act No. 7:   On November 23, 2015, CC-2 rented a car in Los Angeles for the purpose of transporting cash to Detroit, Michigan.

Overt Act No. 8:   On November 23, 2015, CC-2 collected $1 million in cash from the Los Angeles money brokers and their associates.

Overt Act No. 9:   On November 23, 2015, CC-2 drove from Los Angeles to Detroit, Michigan, with the $1 million.

  <u>Overt Act No. 10</u>:  On November 27, 2015, CC-1 flew to Detroit, Michigan, from South Korea.

  <u>Overt Act No. 11</u>:  On November 27, 2015, CC-1 collected the $1 million from CC-2.

  <u>Overt Act No. 12</u>:  On November 27, 2015, at a meeting at a hotel in Troy, Michigan, defendant SO received from CC-1 the $1 million that CC-2 had transported by car from Los Angeles and then transferred to CC-1.

  <u>Overt Act No. 13</u>:  On November 30, 2015, after the final deadline to submit bids had passed, CC-1 sent a revised quotation summary on behalf of Company B to defendant SO's personal gmail account.

  <u>Overt Act No. 14</u>:  On November 30, 2015, defendant SO forwarded the revised quotation summary to Employee 1's personal gmail account.

  <u>Overt Act No. 15</u>:  On November 30, 2015, at defendant SO's direction, Employee 1 emailed CC-1 a revised spreadsheet with quotation data for Company B to review after the deadline to submit bids on the Contract had passed.

  <u>Overt Act No. 16</u>:  Between December 1 and 7, 2015, at defendant SO's direction, Employee 1 sent Company B emails advising Company B that its bid was incomplete and missing several items.

  <u>Overt Act No. 17</u>:  On December 8, 2015, at a meeting with Company A executives, defendant SO formally recommended that the Contract be awarded to Company B.

  <u>Overt Act No. 18</u>:  After December 8, 2015, when Company A executives agreed to award the Contract to Company B based on defendant SO's recommendation, defendant SO refrained from notifying Company B of the contract award, and continued to withhold the

information until CC-1 paid the remaining portion of the bribe to defendant SO.

<u>Overt Act No. 19</u>:   On December 15, 2015, CC-2 rented a car in Los Angeles for the purpose of driving to Detroit, Michigan.

<u>Overt Act No. 20</u>:   On December 15, 2015, CC-2 collected approximately $2.45 million in cash from the Los Angeles money brokers and their associates.

<u>Overt Act No. 21</u>:   On December 15, 2015, CC-2 and two associates drove from Los Angeles to Detroit, Michigan, with the $2.45 million in cash hidden inside their vehicle.

<u>Overt Act No. 22</u>:   On December 19, 2015, CC-1 flew from South Korea to Detroit, Michigan, to pay defendant SO a second portion of the bribe that defendant SO had solicited.

<u>Overt Act No. 23</u>:   On December 20, 2015, using an associate's cell phone, CC-2 called defendant SO and arranged to meet defendant SO.

<u>Overt Act No. 24</u>:   On December 20, 2015, CC-1 and CC-2 paid defendant SO a further portion of the bribe that defendant SO had solicited, namely approximately $2.45 million in cash, outside a restaurant in Detroit, Michigan.

<u>Overt Act No. 25</u>:   On December 20, 2015, after defendant SO received the bribe payment, defendant SO called Employee 1.

<u>Overt Act No. 26</u>:   On December 20, 2015, via e-mail, Employee 1 sent defendant SO a proposed award notice that would notify Company B that it had been awarded the Contract.

//
//
//

<u>Overt Act No. 27</u>: On December 21, 2015, at defendant SO's direction, Employee 1 notified Company B that it had been awarded the Contract.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section