Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2022 MAR 24  AM 9:58

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>Hyung Nam So<br>USMS# _____<br>DEFENDANT | CASE NUMBER:<br>2:22-CR-00108-AB<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on March 24, 2022   at 8:00   ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A   District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   _____

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1975

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Dean Steward   Phone Number: 949-481-4900

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: Andy Yoo   (please print)

12. Office Phone Number: 213-923-5162

13. Agency: HSI

14. Signature: ANDY YOO  Digitally signed by ANDY YOO  Date: 2022.03.24 09:39:13 -07'00'

15. Date: 03/24/2022

CR-64 (09/20)                           REPORT COMMENCING CRIMINAL ACTION