E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
DAVID Y. PI (Cal. Bar No. 337432)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698/3659
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov
               david.pi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 22-108-AB |
|---|---|
| Plaintiff, | *EX PARTE* APPLICATION FOR ORDER COMPELLING TESTIMONY OF JOHN CHOI PURSUANT TO 18 U.S.C. § 6001 *ET SEQ.*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF E. MARTIN ESTRADA; EXHIBIT; [PROPOSED] ORDER |
| v. | |
| HYOUNG NAM SO, | |
| Defendant. | |

     The United States Attorney hereby applies to this Honorable Court for an order compelling JOHN CHOI to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001 et seq., and respectfully represents as follows:

     1.   JOHN CHOI has been subpoenaed to testify before this Court for Trial on November 7, 2023;

     2.   Counsel for the Witness has advised that if JOHN CHOI is called to the stand, he will at that time refuse to answer questions,

invoking the constitutional privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony of JOHN CHOI may be necessary to the public interest; and

4. Jennifer A.H. Hodge, an authorized Deputy Assistant Attorney General of the United States, has approved this application for an order instructing JOHN CHOI to testify pursuant to 18 U.S.C. § 6002 and 28 C.F.R. § 0.175(a).

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001 et seq., the United States Attorney requests that the Court order JOHN CHOI to give testimony relating to all matters within his knowledge about which he may be questioned at trial.

In support of this motion, the United States submits herewith the attached declaration of United States Attorney E. MARTIN ESTRADA, exhibit, and proposed order.

Dated: November 14, 2023         Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 MACK E. JENKINS
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                      /s/
                                 DAVID Y. PI
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The United States is applying to this court pursuant to 18 U.S.C. § 6003 for an order compelling the testimony of a witness at trial.  Section 6003(b) provides that the United States Attorney may request such an order when in his (or her) judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.  The attached Declaration of E. MARTIN ESTRADA, the United States Attorney, establishes that in his judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of his privilege against self-incrimination.  Section 6003(a) provides that "the United States District Court . . . shall issue . . . upon the request of the United States Attorney . . . an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination."  The grant of the order is, therefore, mandatory upon a proper request such as the one presented here.