# Exhibit 1



U.S. Department of Justice

Criminal Division

---

*Office of the Assistant Attorney General*  　　　　*Washington, D.C.  20530*

Nov 1, 2023

The Honorable E. Martin Estrada  
United States Attorney  
Central District of California  
312 N. Spring Street, 12th Floor  
Los Angeles, CA 90012

**Attention:**　　David Pi  
　　　　　　　　Central District of California

**Re:**　　　　　Witness Immunity Authorization  
　　　　　　　　John Young Choi  
　　　　　　　　United States v. Hyoung Nam So

Dear Mr. Estrada:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Central District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring John Young Choi to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer A.H. Hodge*

　　　　　　　　　　　　　　　　　　　　Jennifer A.H. Hodge  
　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General