E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
DAVID Y. PI (Cal. Bar No. 337432)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698/3659
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov
                david.pi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. CR No. 22-108-AB |
|---|---|
| Plaintiff | ORDER |
| v. | |
| HYOUNG NAM SO, | |
| Defendant. | |

On motion of the United States Attorney for the Central District of California, E. MARTIN ESTRADA, and it appearing to the satisfaction of the Court:

1. That JOHN CHOI has been subpoenaed as a witness to testify before the Court for trial on November 7, 2023;

2. That JOHN CHOI has refused or will refuse to voluntarily appear to testify or provide other information on the basis of his privilege against self-incrimination;

3. That in the judgment of the United States Attorney, the testimony or other information from JOHN CHOI may be necessary to the public interest; and

4. That the aforesaid motion filed herein has been made with the approval of the Deputy Assistant Attorney General in the Criminal Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003, and 28 C.F.R. § 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that JOHN CHOI give testimony or provide other information which he refuses to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated in the course of these proceedings.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or information, shall be used against JOHN CHOI in any criminal case, except that he shall not be exempted by this order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

IT IS SO ORDERED.

November 14, 2023
DATE

HON. ANDRÉ BIROTTE JR.
United States District Judge

Presented by:

 /s/
DAVID Y. PI
Assistant United States Attorney