# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 22-00108-AB |
| Date | November 14, 2023 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter | N/A |

| Carla Badirian | Laura Elias | Jeff P Mitchell / David Y Pi |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hyoung Nam So | √ | | √ | Ryan P. Poscablo<br>Steven H. Levin<br>Joshua Dupre<br>H Dean Steward | √ | | √ |

___ Day COURT TRIAL    5th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    √ Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

√ Witnesses called, sworn and testified.

√ Exhibits identified    √ Exhibits admitted

___ Government rests.    Defendant(s) _____ rest.

___ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

___ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count 1    ___ Not Guilty on count(s) _____

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ ___ released from custody.

CR-78 (10/08)    CRIMINAL MINUTES - TRIAL    Page 1 of 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

|   |   |   |   |
|---|---|---|---|
| ___ | Bond exonerated as to Dft # _____ | | |
| √ | Case continued to | Wednesday, November 15, 2023, at 9:00a.m. | for further trial/further jury deliberation. |
| √ | Other: | Also present is Special Agent (HSI), Andy Yoo. | |

3 : 45

Initials of Deputy Clerk _____