# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 22-00108-AB |
| Date | November 16, 2023 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter | N/A |

| Carla Badirian | Laura Elias | Jeff P Mitchell / David Y Pi |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hyoung Nam So | √ | | √ | Ryan P. Poscablo<br>Steven H. Levin<br>Joshua Dupre | √ | | √ |

| | | | |
|---|---|---|---|
| ___ Day COURT TRIAL | 7th Day JURY TRIAL | ___ Death Penalty Phase | |
| ___ One day trial; | ___ Begun (1st day); | ___ Held & continued; | √ Completed by jury verdict/submitted to court. |

___ The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

√ Motion for judgment of acquittal (FRCrP 29) is ___ granted √ denied ___ submitted

√ Closing arguments made by Govt. & Deft.    ___ Court instructs jury    √ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

___ Alternates excused    √ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    √ Jury Verdict as follows:

Dft 1    √ Guilty on count 1    ___ Not Guilty on count(s)

___ Jury polled    √ Polling waived

√ Filed Witness & Exhibit lists    √ Filed Jury notes    ___ Filed Jury Instructions    √ Filed Jury Verdict

√ Dft # 1 Referred to Probation Office for Investigation & Report and continued to 5/24/24 @ 1:30 p.m. for sentencing.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

|   | Dft # ____ remanded to custody.  Remand/Release# ____ issd.  Dft # ____ released from custody. |
|---|---|
|   | Bond exonerated as to Dft # ____ |
|   | Case continued to _____ for further trial/further jury deliberation. |
| √ | Other:  Also present is Special Agent (HSI), Andy Yoo.  Jury Note No. 1 is received indicating the jury has reached a verdict. |

3 : 09

Initials of Deputy Clerk ____

CC: PSA, USPO