## LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 22-00108-AB | | Title | United States of America v. Hyoung Nam So |
|---|---|---|---|---|
| **Judge** | ANDRÉ BIROTTE JR., United States District Judge | | | |
| **Dates of Trial or Hearing** | 11/7/23; 11/8/23; 11/9/23; 11/13/23; 11/14/23; 11/15/23; 11/16/23 | | | |
| **Court Reporters or Tape No.** | Laura Elias | | | |
| **Deputy Clerks** | Carla Badirian | | | |

**FILED**
**CLERK, U.S. DISTRICT COURT**
11/16/2023
**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CB_____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| AUSA, Jeff P Mitchell | Ryan P Poscablo, Rtnd. |
| AUSA, David Y Pi | Steven H Levin, Rtnd. |
| | Joshua Dupre, Rtnd. |
| | H. Dean Steward, Rtnd. |
| | Courtney Cefali |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 4033 | 11/13/23 | | Korean interview document | |
| | | | 4084 | 11/13/23 | | HSI email | |
| | | | 4083 | 11/13/23 | | HSI handwritten notes | |
| | | | | | | SEE ATTACHED LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 22-00108-AB |
| Plaintiff, | |
| v. | **GOVERNMENT'S WITNESS LIST** |
| HYOUNG NAM SO, | |
| aka "Brian So," | |
| Defendant. | |

| Witness's Name | Dates of Testimony |
|---|---|
| Deborah Murphy | 11/8/23 |
| Hwan Duk Lee | 11/9/23;11/13/23 (assisted by Korean language interpreter, Nancy Hong) |
| Priscilla Kim | 11/8/23; 11/9/23 |
| Sun Lim | 11/8/23; 11/13/23 |
| HSI SA Joshua Edwards | 11/13/23 |
| HSI SA Michael Fernandez | 11/15/23 |
| Peter Platt | |

| Dong Woo Kim, f.k.a. Chul Kim | 11/13/23 (stand by Korean language interpreter, Kathleen Jung) |
|---|---|
| Thang Quan | 11/14/23 |
| Jeff Ferry | |
| Retired HSI SA Wendell Wright | 11/14/23 |
| John Choi | 11/14/23 |
| Don Vo | 11/14/23 |
| John Yeo | 11/15/23 |
| HSI SA Alfredo Rossi | 11/14/23 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HYOUNG NAM SO,

aka "Brian So,"

Defendant.

Case No.  CR 22-00108-AB

**GOVT'S AMENDED EXHIBIT LIST**

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 1 | | | |
| 2 | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 2 | | | |
| 3 | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 3 | | | |
| 3T | Transcript of Part 3 | | | |

1.

| | | | | | |
|---|---|---|---|---|---|
| 3A | Clip of Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 3 [10:18-26:27] | | | 11/13/23 | 11/13/23 |
| 3A-T | Transcript of Exhibit 3A [10:18-26:27] | | | 11/8/23 3T 11/13/23 | 11/13/23 (w/ redactions) |
| 4 | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 4 | | | | |
| 4T | Transcript of Part 4 | | | | |
| 4A | Clip of Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 4 [00:00-21:47] | | | 11/13/23 | 11/13/23 |
| 4A-T | Transcript of Exhibit 4A | | | 11/13/23 | 11/13/23 (w/ redactions) |
| 4B | Clip of Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 4 [26:42-27:02] | | | 11/13/23 | 11/13/23 |
| 4B-T | Transcript of Exhibit 4B | | | 11/13/23 | 11/13/23 |
| 5 | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 5 | | | | |
| 5T | Transcript of Part 5 | | | | |

| | | | | |
|---|---|---|---|---|
| 5A | Clip of Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 5 [03:56-4:54] | | 11/13/23 | 11/13/23 |
| 5A-T | Transcript of Exhibit 5A | | 11/13/23 | 11/13/23 |
| 5B | Clip of Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 5 [10:21-10:29] | | 11/13/23 | 11/13/23 |
| 5B-T | Transcript of Exhibit 5B | | 11/13/23 | 11/13/23 |
| 5C | Clip of Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 5 [20:15-21:28] | | 11/13/23 | 11/13/23 |
| 5C-T | Transcript of Exhibit 5C | | 11/13/23 | 11/13/23 |
| 6 | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 6 | | | |
| 6T | Transcript of Part 6 | | | |
| 6A | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 6 [01:20-02:35] | | 11/13/23 | 11/13/23 |
| 6A-T | Transcript of Exhibit 6A | | 11/13/23 | 11/13/23 (w/ redactions) |

| 7 | Recorded video of Consensually Monitored meeting on 01/21/2016 – Part 7 | | | |
| 8 | Back-up audio recording | | | |
| 8T | Transcript for back-up recording | | | |
| 9 | Photos of seized cash | | 11/14/23 | 11/14/23 |
| 10 | Photos from Lee's cell phone | | 11/8/23 | 11/13/23 |
| 10T | Translation of Photo of text messages | | 11/8/23 | |
| 11 | HSI Seizure receipt | | 11/14/23 | 11/14/23 |
| 12 | Audio recording of So interview | | | |
| 12T | Transcript of So interview | | | |
| 12A | Clip of Audio recording of So interview [0:00:41 to 0:02:18] | | 11/14/23 | 11/14/23 |
| 12A-T | Transcript of Exhibit 12A | | | |
| 12B | Clip of Audio recording of So interview [0:06:51 to 0:09:50] | | 11/14/23 | 11/14/23 |
| 12B-T | Transcript of Exhibit 12B | | | |
| 12C | Clip of Audio recording of So interview [0:15:26 to 0:26:40] | | 11/14/23 | 11/14/23 |
| 12C-T | Transcript of Exhibit 12C | | | |
| 12D | Clip of Audio recording of So interview [0:28:55 to 0:37:09] | | | |
| 12D-T | Transcript of Exhibit 12D | | | |
| 12E | Clip of Audio recording of So interview [0:28:55 to 0:38:31] | | 11/14/23 | 11/14/23 |

| 12E-T | Transcript of Exhibit 12E | | | |
|---|---|---|---|---|
| 12F | Clip of Audio recording of So interview [0:39:28 to 0:43:29] | | 11/14/23 | 11/14/23 |
| 12F-T | Transcript of Exhibit 12F | | | |
| 13 | Documents received from Los Altos Vault | | 11/15/23 | 11/15/23 |
| 14 | Certification of Exhibit 13 | | | |
| 15 | Items seized from Lee in Detroit | | 11/13/23 | 11/13/23 |
| 16 | Photos from Lee's cell phone | | 11/9/23 Pgs.: 1 3 4 | 11/9/23 Pgs.: 1 3 4 |
| 20 | Verizon Statements x1126 | | 11/15/23 | 11/15/23 |
| 21 | Verizon business record certificate for Ex 20 | | | |
| 22 | Verizon Subscriber info for x2668 | | 11/15/23 | 11/15/23 |
| 23 | Verizon Toll records for x2668 | | 11/15/23 | 11/15/23 |
| 24 | Verizon Text message tolls for x2668 | | 11/15/23 | 11/15/23 |
| 25 | Verizon business record certificate for Exs 22-24 | | | |
| 26 | Verizon statements for So x1857 | | 11/15/23 | 11/15/23 |
| 27 | Verizon business record certificate for Ex 26 | | | |
| 28 | AT&T Subscriber info for LY x9270 & x6557 | | 11/15/23 | 11/15/23 |
| 29 | AT&T Records for x9270 | | | |
| 30 | AT&T business record cert. for Ex 28 & 29 | | | |

| 31 | Verizon Subscriber info for x0426 | | 11/15/23 | 11/15/23 |
|---|---|---|---|---|
| 32 | Verizon business cert for Ex 31 | | | |
| 33 | AT&T toll records for x0426 | | | |
| 34 | AT&T business record cert for Ex 33 | | | |
| 35 | AT&T Subscriber Info x3666 | | | |
| 36 | AT&T Toll records for x3666 (Excerpts) | | | |
| 37 | AT&T business record cert for Exs 35 & 36 | | | |
| 38 | Verizon subscriber info for x9009 | | | |
| 39 | Verizon business record cert for Ex 38 | | | |
| 50 | American Airlines travel records for Kim, Choi and Suh | | 11/15/23 | 11/15/23 |
| 51 | AA Business record cert for Ex 50 | | | |
| 52 | Alamo Records (dba Enterprise) | | 11/15/23 | 11/15/23 |
| 53 | Alamo Business record cert. for Ex 52 | | | |
| 54 | Hertz Records | | 11/15/23 | 11/15/23 |
| 55 | Hertz business record cert for Ex 54 | | | |
| 56 | Delta Records for SO | | 11/15/23 | 11/15/23 |
| 56A | Delta Native Excel – Frequent Flyer | | 11/15/23 | 11/15/23 |
| 57 | Delta Records for Quan | | 11/15/23 | 11/15/23 |
| 58 | Delta business record cert for Exs 56 & 57 | | | |
| 59 | Korean Airlines records for Lee | | 11/15/23 | 11/15/23 |
| 60 | Korean Air business record cert for Ex 59 | | | |
| 61 | Avis Records for Yoon | | 11/15/23 | 11/15/23 |

| | | | | |
|---|---|---|---|---|
| 62 | Avis business record cert for Exhibit 61 | | | |
| 65 | GM Travel Receipts for So | | 11/15/23 | 11/15/23 |
| 70 | Michigan DMV Vehicles registered to Hyung Nam So | | | |
| 71 | Public record certification | | | |
| 72 | Michigan DMV record for Hyoung Nam So | | | |
| 73 | Public record certification | | | |
| 74 | CA DMV record for Jawon Suh | | | |
| 75 | Public record certification | | | |
| 76 | CA DMV record for John Choi | | | |
| 77 | Public record certification | | | |
| 78 | CA DMV record for Chul Kim | | | |
| 79 | Public record certification | | | |
| 80 | CA DMV record for Kyung Min Kim | | | |
| 81 | Public record certification | | | |
| 82 | CA DMV record for Hyoung Nam So | | | |
| 83 | Public record certification | | | |
| 84 | Quan Email to Lee – 11/29/15 | | 11/14/23 | 11/14/23 |
| 85 | Bearbom7 Email to Quan – 11/30/15 5:53PM | | 11/14/23 | 11/14/23 |
| 86 | Quan Email to Bearbom7 – 11/30/15 6:34PM | | 11/14/23 | 11/14/23 |
| 87 | Quan Email to Lee – 11/30/15 6:37PM | | 11/14/23 | 11/14/23 |
| 100 | Google record for bearbom7@gmail.com | | 11/15/23 | 11/15/23 |
| 101 | Google record for Thang.Quan@gmail.com | | 11/15/23 | 11/15/23 |
| 102 | Google business record cert for Exs 100 & 101 | | | |
| 103 | Lee Email to Bearbom7 10/26/15 10:32 | | 11/8/23 | 11/9/23 |
| 103A | Attachment: 1804_T1XX_wkmit_1st. xls | | 11/8/23 | 11/9/23 |

| | | | | |
|---|---|---|---|---|
| 103T | Translation | | 11/8/23 | 11/9/23 |
| 104 | Lee Email to bearbom7 10/26/15 10:33 | | 11/8/23 | 11/9/23 |
| 104A | Attachment: GM 1927.pdf | | 11/8/23 | 11/9/23 |
| 104B | Attachment: 1804_T1XX_WKMIT 1st.xls | | 11/8/23 | 11/9/23 |
| 104C | Attachment: 1810_T1XX_DECO_ (WKMIT)_1st.xls | | 11/8/23 | 11/9/23 |
| 104D | Attachment: T1XX_CBDS_ WKMIT.xlsm | | 11/8/23 | 11/9/23 |
| 104E | Attachment: T1XX_1738i_ WKMIT.xlsm | | 11/8/23 | 11/9/23 |
| 104T | Translation of Ex. 104 | | 11/8/23 | 11/9/23 |
| 105 | Lee Email to bearbom7 10/26/15 11:10 | | 11/8/23 | 11/9/23 |
| 105T | Translation of Ex. 105 | | 11/8/23 | 11/9/23 |
| 106 | Lee Email to bearbom7 11/6/15 12:09 | | 11/8/23 | 11/9/23 |
| 106A | Attachment: T1XX Deco Quotation Summary 1st vs 2nd (Change design).xlsx | | 11/8/23 | 11/9/23 |
| 106B | Attachment: T1XX Deco Quotation Summary 1st vs 2nd (Change design_Minimum).xlsx | | 11/8/23 | 11/9/23 |
| 106T | Translation of Ex. 106 | | 11/8/23 | 11/9/23 |
| 107 | Lee Email to bearbom7 11/6/15 12:25 | | 11/8/23 | 11/9/23 |
| 107A | Attachment: Attachment: T1XX Deco Quotation Summary 1st vs 2nd (Change design).xlsx | | 11/8/23 | 11/9/23 |
| 107B | Attachment: T1XX Deco Quotation Summary 1st vs 2nd (Change design_Minimum).xlsx | | 11/8/23 | 11/9/23 |
| 107T | Translation of Ex. 107 | | 11/8/23 | 11/9/23 |
| 108 | Lee Email to bearbom7 11/18/15 | | 11/8/23 | 11/9/23 |
| 108A | Attachment: NA Warehouse Establishment Plan.pptx | | 11/8/23 | 11/9/23 |

8.

| | | | | |
|---|---|---|---|---|
| 108B | Attachment: WooKyung T1XX Paint Film Deco Summary (2015-11-15).xlsx | | 11/8/23 | 11/9/23 |
| 108T | Translation of Ex. 108 | | 11/8/23 | 11/9/23 |
| 109 | Quan Email to Lee 11/30/15 9:53 | | 11/8/23 | |
| 109A | Attachment: WooKyung.xlsx | | 11/8/23 | |
| 109T | Translation of Ex. 109 | | 11/8/23 | |
| 110 | Lee Email to bearbom7 11/30/15 15:02 | | 11/8/23 | 11/9/23 |
| 110A | Attachment: WooKyung rev1.xlsx | | 11/8/23 | 11/9/23 |
| 110B | Attachment: 1804_T1XX_DECO_W KMIT_2015T126 4th SOR Film.xls | | 11/8/23 | 11/9/23 |
| 110C | Attachment: WooKyung T1XX Paint-Film Deco Summary (2015-11)_4th SOR Film.xlsx | | 11/8/23 | 11/9/23 |
| 110T | Translation of Ex. 110 | | 11/8/23 | 11/9/23 |
| 111 | Lee Email to bearbom7 11/30/15 19:52 | | 11/8/23 | 11/9/23 |
| 111A | Attachment: WooKyung rev1.xlsx | | 11/8/23 | 11/9/23 |
| 111B | Attachment: WooKyung T1XX Paint-Film Deco Summary (2015-11)_4th SOR Film.xlsx | | 11/8/23 | 11/9/23 |
| 111C | Attachment: 1804_T1XX_DECO_W KMIT_2015T126 4th SOR Film.xls | | 11/8/23 | 11/9/23 |
| 111T | Translation of Ex. 111 | | 11/8/23 | 11/9/23 |
| 112 | Quan Email to Lee 12/1/15 | | 11/8/23 | |
| 112A | Attachment:WooKyung 2.xlsx | | 11/8/23 | |
| 112T | Translation of Ex. 112 | | 11/8/23 | |
| 113 | Lee Email to bearbom7 12/10/15 | | 11/8/23 | 11/9/23 |
| 113A | Attachment: J300 Weld Line Issue | | 11/8/23 | 11/9/23 |
| 113T | Translation of Ex. 113 | | 11/8/23 | 11/9/23 |
| 114 | Lee Email to Bearbom7 6/20/18 | | 11/8/23 | |
| 114T | Translation of Ex. 114 | | 11/8/23 | |

| 115 | Bearbom7 Email to Lee attaching Yeo resume 12/5/15 | | 11/8/23 | 11/9/23 |
|---|---|---|---|---|
| 115A | Attachment: Suah Yeo 092015 | | 11/8/23 | 11/9/23 |
| 115T | Translation of Ex. 115 | | 11/8/23 | 11/9/23 |
| 116 | Recording of phone conversation between Lee and So. | | 11/8/23 | 11/9/23 |
| 116T | Translation of Ex. 116 | | 11/8/23 | |
| 116A-T | Clip of Recording of phone conversation between Lee and So. | | 11/8/23 | |
| 116B-T | Clip of Recording of phone conversation between Lee and So. | | 11/8/23 | 11/9/23 |
| 117 | Recording of phone conversation between Lee and So | | 11/8/23 | 11/9/23 |
| 117T | Translation of Ex. 117 | | | |
| 117A-T | Clip of Recording of phone conversation between Lee and So | | 11/8/23 | |
| 117B-T | Clip of Recording of phone conversation between Lee and So | | 11/8/23 | 11/9/23 |
| 118 | Video of Brian So taken by Dietz Associates. | | 11/14/23 | 11/14/23 |
| 118T | Transcript of Dietz recording | | | |
| 119 | Lee Bank Records | | 11/8/23 | |
| 119T | Translation of Ex 119 | | 11/8/23 | |
| 120 | Certification for Ex. 119T | | | |
| 150 | Chul Kim's text messages received from Korea | | 11/13/23 | 11/13/23 |
| 150T | Translations of Chul Kim's text messages | | 11/13/23 | 11/13/23 |
| 151 | Lee's bank records received from Korea | | | |
| 151T | Translations of Lee's bank records | | | |
| 152 | Los Altos Vault receipt received from Korea | | 11/15/23 | 11/15/23 |
| 153 | Foreign record certificate | | | |
| 154 | Certification for Ex. 150T and 151T | | | |

| 200 | GM Award from DOE DE-EE0007311 | | 11/15/23 | 11/15/23 |
|---|---|---|---|---|
| 200A | Terms and Amendments to Exhibit 200 | | 11/15/23 | 11/15/23 |
| 200B | Invoices and accounting records for Exhibit 200. | | 11/15/23 | 11/15/23 |
| 201 | GM Certificate for Ex. 200 | | | |
| 203 | Yoon Email to Quan & Yu re MIT profile presentation  8/13/15 | | 11/14/23 | 11/14/23 |
| 203A | Attachment: GMNA WKMIT profile presentation 08132015.pdf | | 11/14/23 | 11/14/23 |
| 204 | Quan email re commodity strategy 8/14/15 | | | |
| 204A | Attachment: DALOP Community Strategy 15-08-14b.pptx | | | |
| 205 | So Email to Murphy re Deco trim cost standardization 8/18/15 | | | |
| 205A | DALOP Commodity Strategy 15-08-17a.pptx | | | |
| 210 | Yoon Email to Quan re supplier introduction 9/8/2015 | | | |
| 211 | Quan Email to Yoon re meeting with So 9/18/15 | | 11/14/23 | 11/14/23 |
| 212 | Quan Email to Yoon re Tech review 10/28/15 | | | |
| 213 | Quan email re RFQs to suppliers. 10/8/15 | | | |
| 213A | T1XX PU Global RFQMT Services Request Form Authentic-38903 15-10-08 .xlsx | | | |
| 213B | T1XX PU Global RFQMT Services Request Form Chrome-38901 15-10-08 .xlsx | | | |
| 213C | T1XX PU Global RFQMT Services Request Form Paint-Film-3890215-10-08 .xlsx | | | |
| 218 | Quan email to Yoon re T1XX re RFQ 10/16/15 | | | |
| 219 | RFQ dated 10/16/15 | | | |

11.

| | | | | |
|---|---|---|---|---|
| 220 | Quan Email to Yoon and So re T1XX Due November 18th 11/15/15 | | | |
| 220A | Attachment: WooKyung T1XX Paint-Film Deco Summary (2015-11-12).xlsx | | | |
| 221 | Quan Email to Yoon & So granting additional time to MIT. 11/9/15 3:45AM | | | |
| 221A | Attachment: GM 1804_RS.xls | | | |
| 221B | Attachment: EZ1810 R4.xlsm | | | |
| 221C | Attachment: T1XX Chrome-Paint-Film Deco Summmary.xlsx | | | |
| 221D | Attachment: Tech Review Notes | | | |
| 222 | Calendar Appointment: So, Quan, Yoon 11/9/15 | | | |
| 223 | MIT email to Quan & So with 2nd round quotation.  11/12/15 | | | |
| 223A | Attachment: 1804_T1XX_DECO_W KMIT_2015T111 film change 2nd.xls | | | |
| 223B | Attachment: 1810_T1XX_DECO_W KMIT_2015T111_2nd.xl sm | | | |
| 223C | Attachment: T1XXX_Appendix M_Supplier Concept Sheet_Paint_Film_NOV 4-2015.xlsm | | | |
| 223D | Attachment: T1XX Chrome-Paint-Film Deco Summary Film change WKMIT.xlsx | | | |
| 223E | Attachment: 1804_T1XX BEZEL AIR_OUTLET_WKMIT.xls | | | |
| 223F | Attachment: 1810_T1XX_DECO BEZEL OTLT_(WKMIT_20151 104)_2nd.xlsm | | | |

12.

| | | | | |
|---|---|---|---|---|
| 224 | Quan email to Yoon & So RE: T1XX Next Quotation Due November 18th 11/15/15 3:43PM | | | |
| 224A | Attachment: WooKyung T1XX Paint-Film Deco Summary (2015-11-12)-.xlsx | | | |
| 225 | So Email to Quan RE: equal opportunity 11/15/15 10:33PM | | | |
| 226 | Quan email to So 11/15/15 11:12PM | | | |
| 226A | Attachment: $10.712 M DALOP Pre-RFQ CIUC Decorative Trim 11-15-15.pptx | | | |
| 227 | Quan email to Yoon RE: RE:RE: T1XX PU Next Quotation Due (Wednesday November 18th @ 5:00pm. 11/16/15 7:21PM | | | |
| 227A | Attachment: WooKyung T1XX Paint-Film Deco Summary (2015-11-15)-.xlsx | | | |
| 228 | MIT Email to Quan & So with 3rd round quotes 11/18/2015. 9:51PM | | | |
| 228A | Attachment: WooKyung T1XX Paint-Film Deco Summary (2015-11-15)  3rd.xlsx | | | |
| 228B | Attachment: 1804_T1XX_DECO_WKMIT_2015T118 3rd.xls | | | |
| 228C | Attachment: 1810_T1XX_DECO_WKMIT_2015T118_3rd.xlsm | | | |
| 228D | Attachment: 1804_T1XX BEZEL AIR_OUTLET_WKMIT.xls | | | |
| 228E | Attachment: 1810_T1XX_DECO BEZEL OTLT_(WKMIT_20151118).xlsm | | | |

| | | | | |
|---|---|---|---|---|
| 228F | Attachment: 1810_T1XX_DECO_(W KMIT)_PROTO_3rd.xls m | | | |
| 228G | Attachment: CBDS_v19f_WKMIT.xl sm | | | |
| 228H | Attachment: T1XX_1738i_WKMIT_ 20151T13.xlsm | | | |
| 228I | Attachment: T1XXX_Appendix M_Supplier Concept Sheet_Paint_Film_NOV 4-2015.xlsm | | | |
| 228J | Attachment: NA Warehouse Establishment Plan.pptx | | | |
| 229 | Yoon Email to Quan RE: T1XX eBOM update 11/20/15 | | | |
| 230 | Yoon Email to Yu RE OCM Template. 11/23/2015 3:52AM | | | |
| 230A | Attachment: Supplier Data Collection workbook for OCM_WooKyung(Bupy eong).xlsx | | | |
| 230B | Attachment: Supplier Data Collection workbook for OCM_WooKyung(Busa n).xlsx | | | |
| 231 | Quan Email to So with 3rd round summaries. 11/23/2015 5:38AM | | 11/8/23 | 11/8/23 |
| 231A | Attachment: @ T1XX Paint-Film Deco Round 3 (With 2 Shot) Summary.xlsx | | 11/8/23 | 11/8/23 |
| 231B | Attachment: @ T1XX Chrome Deco Round 3 (With 2 Shot) Summary.xlsx | | | |
| 232 | Quan email to all suppliers RE T1XX eBOM update 1/24/15 | | | |
| 232A | Attachment: T1XXX_Appendix B2 EBOM NOV23-2015.xlsx | | | |

14.

| | | | | |
|---|---|---|---|---|
| 240 | MIT Email to Quan with revised quotes 12/1/2015 | | 11/14/23 | 11/14/23 |
| 240A | Attachment: 1804_T1XX BEZEL AIR_ OUTLET_WKMIT.xls | | | |
| 240B | Attachment: 1804_T1XX_DECO_W KMIT.xls | | | |
| 240C | Attachment: 1810_T1XX_DECO BEZEL OTLT_(WKMIT).xlsm | | | |
| 240D | Attachment: 1810_T1XX_DECO_(W KMIT)_PROTO.xlsm | | | |
| 240E | Attachment: 1810_T1XX_DECO_W KMIT.xlsm | | | |
| 240F | Attachment: CBDS_v19f_Bezel OTLT_WKMIT.xlsm | | | |
| 240G | Attachment: CBDS_v19f_WKMIT.xl sm | | | |
| 240H | Attachment: T1XX_1738i_Bezel OTLT.xlsm | | | |
| 240I | Attachment: T1XX_1738i_WKMIT.x lsm | | | |
| 240J | Attachment: WooKyung T1XX Paint-Film Deco Summary.xlsx | | 11/14/23 | 11/14/23 |
| 240K | Attachment: CBDS_v19f_Bezel OTLT_WKMIT.xlsm | | | |
| 241 | MIT Email to Quan RE tooling update 12/6/2015 12:08AM | | | |
| 241A | Attachment: WooKyung T1XX Paint-Film Deco Summary.xlsx | | | |
| 242 | MIT Email to Quan RE 1810 updates 12/6/2015 12:09AM | | | |
| 242A | Attachment: 1810_T1XX_APPLIQU E FRT_ AREST_WKMIT.xlsm | | | |
| 242B | Attachment: 1810_T1XX_APPLIQU E RR_AREST EXT CAB_WKMIT.xlsm | | | |

15.

| | | | | |
|---|---|---|---|---|
| 242C | Attachment: 1810_T1XX_APPLIQU E RR_ AREST_WKMIT.xlsm | | | |
| 242D | Attachment: 1810_T1XX_CONSOL E DECO_WKMIT.xlsm | | | |
| 242E | Attachment: 1810_T1XX_DECO BEZEL OTLT_(WKMIT).xlsm | | | |
| 242F | Attachment: 1810_T1XX_DECO (WKMIT)_PROTO.xlsm | | | |
| 242G | Attachment: 1810_T1XX_PLATE CNSL RR TR_WKMIT.xlsm | | | |
| 242H | Attachment: 1810_T1XX_PLATE IP_PAINT_WKMIT.xlsm | | | |
| 242I | Attachment: 1810_T1XX_PLATE IP FILM_WKMIT.xlsm | | | |
| 242J | 1810_T1XX_STRG WHL_ SPOKE_WKMIT.xlsm | | | |
| 243 | Yu Email to Quan & So re MIT minerals conflict. 12/7/15 | | | |
| 243A | Attachment: Paint_Film Bidlist.xlsx | | | |
| 243B | Attachment: T1XX Bidlist.xlsx | | | |
| 244 | Yu email to Quan & So RE updated PowerPoint 12/8/15 7:11AM | | | |
| 244A | Attachment: $82 96M T1XX Decorative Trim Recommendation 12-06-15 v2.pptx | | | |
| 245 | Quan Email to Lauzon with PowerPoint 12/8/15 1:05PM | | 11/8/23 | 11/8/23 |
| 245A | Attachment: $82 96M T1XX Decorative Trim Recommendation 12-07-15.pptx | | 11/8/23 | 11/8/23 |
| 246 | Quan Email to Yu with PowerPoint 12/8/15 1:07PM | | | |

| | | | | |
|---|---|---|---|---|
| 246A | Attachment: $82 96M T1XX Decorative Trim Recommendation 12-07-15.pptx | | | |
| 247 | Quan email to Yoon & So RE logistic cost 12/8/15 3:24PM | | 11/14/23 | 11/14/23 |
| 248 | Webster Email to Quan RE: tooling review 12/8/15 4:39PM | | | |
| 248A | Attachment: 53840-1810_T1XX_APPLIQUE FRT AREST_WKMIT.xlsm | | | |
| 248B | Attachment: 53840-1810_T1XX_APPLIQUE RR AREST EXT CAB_WKMIT.xlsm | | | |
| 248C | Attachment: 53840-1810_T1XX_APPLIQUE RR_AREST_WKMIT.xlsm | | | |
| 248D | Attachment: 53840-1810_T1XX_CONSOLE DECO_WKMIT.xlsm | | | |
| 248E | Attachment: 53840-1810_T1XX_DECO BEZEL OTLT_(WKMIT).xlsm | | | |
| 248F | Attachment: 53840-1810_T1XX_PLATE CNSL RR_TR_WKMIT.xlsm | | | |
| 248G | Attachment: 53840-1810_T1XX_PLATE IP PAINT_WKMIT.xlsm | | | |
| 248H | Attachment: 53840-1810_T1XX_PLATE IP FILM_WKMIT.xlsm | | | |
| 248I | Attachment: 53840-1810_T1XX_STRG WHL SPOKE_WKMIT.xlsm | | | |
| 249 | Quan Email to Yu & So re updated PowerPoint 12/11/15 1:43AM | | | |
| 249A | Attachment: $82 96M T1XX Decorative Trim Recommendation 1208-15.pptx | | | |
| 250 | Yu Email to Quan & So RE: updated PowerPoint. 12/11/15 1:56AM | | | |

| | | | | |
|---|---|---|---|---|
| 250A | Attachment: $82 96M T1XX Decorative Trim Recommendation 1208-15.pptx | | | |
| 251 | Quan Email to Yu Re: Huawei cheaper than MIT 12/11/15 3:01AM | | 11/8/23 | 11/8/23 |
| 251A | Attachment: Seagate Crystal Reports – WWPRP221.pdf | | 11/8/23 | 11/8/23 |
| 252 | Quan Email to Yu Re: Seagate Crystal Reports 12/11/15 3:33AM | | | |
| 252A | Attachment: Seagate Crystal Reports – WWPRP221.pdf | | | |
| 253 | Quan Email to Lauzon, So, Yu with updated PowerPoint 12/11/15 11:43PM | | 11/8/23 | 11/8/23 |
| 253A | Attachment: $84.6M T1XX Decorative Trim Recommendation 12-10-15.pptx | | 11/8/23 | 11/8/23 |
| 254 | Quan Email to Lauzon, So, Yu with updated PowerPoint 12/12/15 4:29PM | | 11/14/23 | 11/14/23 |
| 254A | Attachment: $84.6M T1XX Decorative Trim Recommendation 12-10-15.pptx | | 11/14/23 | 11/14/23 |
| 255 | Quan Email chain to Yoon extending deadline 12/20/15 9:19PM | | | |
| 256 | Quan Email to So re Award. 12/20/15 11:16PM | | 11/14/23 | 11/14/23 |
| 257 | Quan Email to Yoon & So re Award. 12/21/15 3:20PM | | | |
| 258 | Yoon Email to Quan & So re Award. 12/21/15 5:41PM | | 11/14/23 | 11/14/23 |
| 259 | McMillen Email to Murphy confirming MIT would win and checking on GM Korea status 12/8/15 | | | |
| 260 | Quan Email re MIT winning contract. 12/20/15 10:43pm | | | |

| | | | | |
|---|---|---|---|---|
| 270 | MIT cancelation letter | | | |
| 271 | Yoon Email to Quan & So canceling contract – 1/18/16 | | 11/14/23 | 11/14/23 |
| 272 | Murphy Email dropping MIT as prime. 1/19/16 | | | |
| 273 | Quan Email to So RE: additional cost savings. 2/12/16 | | | |
| 273A | Attachment:  $66 M T1XX (2 Shot-Paint-Film) Decorative Trim Recommendation 02-12-16.pptx | | | |
| 273B | Attachment: T1XX Deco Trim APV-Savings Summary.xlsx | | | |
| 273C | Attachment: T1XX Deco Trim APV-Savings Summary.pdf | | | |
| 300 | Murphy Calendar: Sourcing meeting 9/29/15 | | | |
| 301 | Murphy Calendar: 12/8/15 and 12/15/15 | | 11/8/23 | 11/8/23 |
| 302 | Murphy Calendar: Sourcing Process with Engineering 12/15/15 | | | |
| 303 | Murphy Calendar: Cockpit ECT re T1XX 12/17/15 | | | |
| 309 | Brian So Personnel File | | 11/15/23 | 11/15/23 |
| 310 | Brian So GM Training record | | 11/15/23 | 11/15/23 |
| 311 | Certificate for Ex. 310 | | | |
| 312 | GM Certificate | | | |
| 400 | So Wells Fargo Statements x7071 | | 11/15/23 | 11/15/23 |
| 401 | So Savings Statements x4221 | | 11/15/23 | 11/15/23 |
| 402 | Wells Fargo Statements x9697 | | 11/15/23 | 11/15/23 |
| 403 | $300 Check to John Yeo 7/18/15 | | | |
| 404 | $7k Check to Thang Quan 10/5/15 | | 11/15/23 | 11/15/23 |
| 405 | $4k Check to John Yeo 10/5/15 | | | |
| 406 | Wells Fargo business record cert. for Ex 400-405 | | | |

| 450 | DOE Assistance Agreement x6826 | | 11/15/23 | 11/15/23 |
|---|---|---|---|---|
| 450A | DOE x6826 Terms and Conditions | | 11/15/23 | 11/15/23 |
| 450B | GM Invoices to DOE for x6826 | | 11/15/23 | 11/15/23 |
| 451 | DOE Assistance Agreement x7284 | | 11/15/23 | 11/15/23 |
| 451A | DOE x7284 Terms and Conditions | | 11/15/23 | 11/15/23 |
| 451B | GM Invoices to DOE for x7284 | | 11/15/23 | 11/15/23 |
| 452 | DOE Assistance Agreement x7311 | | 11/15/23 | 11/15/23 |
| 452A | DOE x7311 Terms and Conditions | | 11/15/23 | 11/15/23 |
| 452B | GM Invoices to DOE for x7311 | | 11/15/23 | 11/15/23 |
| 453 | Certificate for Ex 450-452 | | | |
| 500 | John Yeo Email to So 12/2/15 | | 11/15/23 | 11/15/23 |
| 510 | Platt Diagram | | | |

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,            Case No. 2:22-CR-00108-AB

12                    Plaintiff,          **DEFENSE REVISED EXHIBIT LIST**

13           vs.

14   HYOUNG NAM SO,
         aka "Brian So,"
15
16                    Defendant.

17
18

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1001 | Hwan Duk Lee Travel History | | | |
| 1003 | Brian So Travel History | | | |
| 1005 | Chul Kim Travel History | | 11/13/23 | |
| 1006 | Defendant's Transcription and Translation of Consensually Recorded Call (1) | | | |
| 1007 | Defendant's Transcription and Translation of Consensually Recorded Call (2) | | | |
| 1009 | Los Altos Vault Website Home Page | | | |
| 1011 | FinCen Form 105 | | | |
| 1012 | Brian So Naturalization Paperwork | | | |
| 1013 | B So Photo 1 | | | |

| 1014 | B So Photo 2 | | | |
|------|--------------|--|--|--|
| 1015 | B So Photo 3 | | | |
| 1016 | B So Photo 4 | | | |
| 1017 | B So Diploma | | | |
| 1018 | B So Photo 6 | | | |
| 1019 | B So Photo 7 | | | |
| 1020 | B So Photo 8 | | | |
| 1021 | B So Photo 9 | | | |
| 1022 | B So Photo 10 | | | |
| 1023 | B So Diploma University of Rhode Island | | | |
| 1024 | B So Photo 12 | | | |
| 1025 | B So Photo 13 | | | |
| 1026 | B So Photo 14 | | | |
| 1027 | B So Photo 15 | | | |
| 1028 | B So Photo 16 | | | |
| 1029 | B So Photo 17 | | | |
| 1030 | B So Photo 18 | | | |
| 1031 | B So Photo 19 | | | |
| 1032 | B So Photo 20 | | | |
| 1033 | B So Photo 21 | | | |
| 1034 | B So Photo 22 | | | |
| 1041 | Woo Kyung MIT Website - Welcome Page | | | |
| 1042 | Woo Kyung MIT Website - Award History | 11/9/23 | | |
| 1043 | Photo of Hwan Duk Lee | | | |
| 1044 | Photo of Chul Kim | 11/13/23 | 11/13/23 | |
| 1045 | Photo of John Choi | | | |
| 1046 | Photo of Kyung Min Kim | | | |
| 1047 | Photo of JaWon Suh | | | |
| 1048 | Picture of Silhouette | | | |
| 1050 | 2015 12 19 Documents Seized From Lee (Passport Copy) | | | |
| 1051 | 2015 12 19 Documents Seized From Lee (Passport Copy 2) | | | |
| 1052 | 2015 12 19 Documents Seized From Lee (Passport Copy 3) | | | |
| 1053 | 2015 12 19 Documents Seized From Lee (Korean Itinerary) | | | |
| 1054 | 2015 12 19 Documents Seized From Lee (Business Card) | | | |

| | | | | |
|---|---|---|---|---|
| 1055 | 2015 12 19 Documents Seized From Lee (Q&A USA Immigration) | | | |
| 1056 | 2015 12 19 Documents Seized From Lee (FinCen Form 105) | | | |
| 1057 | 2015 12 19 Documents Seized From Lee (S. Yeo Resume) | | | |
| 1058 | 2015 12 19 Documents Seized From Lee (Flight Itinerary) | | | |
| 1059 | 2015 12 19 Documents Seized From Lee (Flight Ticket) | | | |
| 1060 | 2015 12 19 Documents Seized From Lee (Flight Ticket 2) | | | |
| 1070 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (1) | | | |
| 1071 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (2) | | | |
| 1072 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (3) | | | |
| 1073 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (4) | | | |
| 1074 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (5) | | | |
| 1075 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (6) | | | |
| 1076 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (7) | | | |
| 1077 | 2015 12 19 Photo Seized from Hwan Duk Lee's Cell Phone (8) | | | |
| 2001 | 2015 11 23 Hertz Rental Car Record (Chul Kim) | | | |
| 2002 | 2015 12 15 Alamo Rental Car Record (Chul Kim) | | | |
| 2003 | 2016 10 05 Los Altos Vault Contract | | | |
| 2004 | 2016 10 10 Avis Records (L. Yoon) | | | |
| 2005 | Google Document | | | |
| 2006 | Delta Flight Records (B. So) | | | |
| 2007 | Delta Flight Records (T. Quan) | | | |
| 2008 | Marriott Records Certification | | | |
| 2009 | Plazanos Correspondence re Hotel Record | | | |
| 2010 | Marriott Stay Records (Hwan Duk Lee) | 11/13/23 | 11/13/23 | |
| 2011 | Hwan Duk Lee Delta Flight Record (1) | | | |
| 2012 | Hwan Duk Lee Delta Flight Record (2) | | | |
| 2013 | Delta Business Records Certification | | | |
| 2020 | AT&T Records (1) | | | |

3.

| 2021 | AT&T Records (2) | | | |
|---|---|---|---|---|
| 2022 | AT&T Records (3) | | | |
| 2023 | AT&T Records (4) | | | |
| 2024 | AT&T Records (5) | | | |
| 2025 | AT&T Records (6) | | | |
| 2026 | Verizon Records (1) | | | |
| 2027 | Verizon Records (2) | | | |
| 2028 | Verizon Records (3) | | | |
| 2029 | Verizon Records (4) | | | |
| 2030 | Verizon Subscriber Information (1) | | | |
| 2031 | Verizon Subscriber Information (2) | | | |
| 2032 | Verizon Subscriber Information (3) | | | |
| 2033 | Verizon Subscriber Information (4) | | | |
| 2034 | AT&T Subscriber Information (1) | | | |
| 2035 | AT&T Subscriber Information (2) | | | |
| 2036 | AT&T Subscriber Information (3) | | | |
| 2037 | AT&T Subscriber Information (4) | | | |
| 2038 | AT&T Subscriber Information (5) | | | |
| 2039 | AT&T Subscriber Information (6) | | | |
| 2040 | T-Mobile Subscriber Information (1) | | | |
| 2041 | Ally Financial Inc. Subpoena Response Letter | | | |
| 2042 | Ally Financial Inc. Declaration of Records Custodian | | | |
| 2043 | B. So Ally Financial Inc. Records | | | |
| 3001 | 2015 01 19 Email re: E2SC | | 11/8/23 | 11/8/23 |
| 3001A | 2015 01 19 Email re: E2SC - Attachment A | | 11/8/23 | 11/8/23 |
| 3001B | 2015 01 19 Email re: E2SC - Attachment B | | 11/8/23 | 11/8/23 |
| 3004 | 2015 01 26 Email re: DALOP Commodity Strategy Review | | | |
| 3004A | 2015 01 26 DALOP Commodity Strategy Review - Attachment | | | |
| 3006 | 2015 03 04 Email from GM Admin re: Summit Cost Reductions | | 11/8/23 | |
| 3007 | 2015 04 08 Email from B. So to L. Yoon | | | |
| 3008 | 2015 04 20 Email from G. Yu to H. Lee, L. Yoon | | | |
| 3009 | 2015 04 23 Meeting Invitation from G. Yu re: WK MIT Cost Model | | | |
| 3010 | 2015 09 08 Email from L. Yoon to T. | | | |

4.

| | | | | |
|---|---|---|---|---|
| | Quan | | | |
| 3011 | 2015 09 10 Email from G. Yu to D. Lauzon | | 11/8/23 | 11/8/23 |
| 3012 | 2015 09 23 Email L. Yoon to T. Quan | | | |
| 3014 | 2015 10 08 Email from T. Quan to T. Montgomery | | | |
| 3014A | 2015 10 08 Email from T. Quan to T. Montgomery - Attachment A | | | |
| 3014B | 2015 10 08 Email from T. Quan to T. Montgomery - Attachment B | | | |
| 3014C | 2015 10 08 Email from T. Quan to T. Montgomery - Attachment C | | | |
| 3017 | 2015 10 23 Email T. Quan to B. Worley | | | |
| 3018 | 2015 10 17 Email from L. Yoon to T. Quan | | | |
| 3019 | 2015 10 26 Email from T. Quan to D. Krysaik | | | |
| 3020 | 2015 10 30 T1XX Technical Review PowerPoint | | 11/8/23 | 11/8/23 |
| 3021 | 2015 11 05 Email from T. Quan to T1XX Suppliers | | | |
| 3021A | 2015 11 05 Email from T. Quan to T1XX Suppliers - Attachment A | | | |
| 3021B | 2015 11 05 Email from T. Quan to T1XX Suppliers - Attachment B | | | |
| 3021C | 2015 11 05 Email from T. Quan to T1XX Suppliers - Attachment C | | | |
| 3021D | 2015 11 05 Email from T. Quan to T1XX Suppliers - Attachment D | | | |
| 3021E | 2015 11 05 Email from T. Quan to T1XX Suppliers - Attachment E | | | |
| 3021F | 2015 11 05 Email from T. Quan to T1XX Suppliers - Attachment F | | | |
| 3028 | 2015 11 06 Email T. Quan to L. Yoon | | | |
| 3029 | 2015 11 09 Email from T. Quan to L. Yoon | | | |
| 3029A | 2015 11 09 Email from T. Quan to L. Yoon - Attachment A | | | |
| 3029B | 2015 11 09 Email from T. Quan to L. Yoon - Attachment B | | | |
| 3029C | 2015 11 09 Email from T. Quan to L. Yoon - Attachment C | | | |
| 3029D | 2015 11 09 Email from T. Quan to L. Yoon - Attachment D | | | |
| 3034 | 2015 11 09 Email T. Quan to L. Yoon, B. So | | | |

5.

| 3035 | 2015 11 15 Email from B. So to T. Quan | | | |
|------|----------------------------------------|--|--|--|
| 3036 | 2015 11 15 Email from B. So to T. Quan | | | |
| 3037 | 2015 11 16 Email L. Yoon to T. Quan | | | |
| 3037A | 2015 11 16 Email L. Yoon to T. Quan - Attachment A | | | |
| 3037B | 2015 11 16 Email L. Yoon to T. Quan - Attachment B | | | |
| 3037C | 2015 11 16 Email L. Yoon to T. Quan - Attachment C | | | |
| 3041 | 2015 11 23 Email from T. Quan to B. So | | | |
| 3041A | 2015 11 23 Email from T. Quan to B. So - Attachment A | | | |
| 3041B | 2015 11 23 Email from T. Quan to B. So - Attachment B | | | |
| 3044 | 2015 11 23 Email T. Quan to B. So | | | |
| 3044A | 2015 11 23 Email T. Quan to B So - Attachment A | | | |
| 3044B | 2015 11 23 Email T. Quan to B So - Attachment B | | | |
| 3044C | 2015 11 23 Email T. Quan to B So - Attachment C | | | |
| 3045 | 2015 12 01 Email from Kyung Hoon Lee to T. Quan | | | |
| 3045A | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment A | | | |
| 3045B | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment B | | | |
| 3045C | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment C | | | |
| 3045D | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment D | | | |
| 3045E | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment E | | | |
| 3045F | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment F | | | |
| 3045G | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment G | | | |
| 3045H | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment H | | | |
| 3045I | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment I | | | |
| 3045J | 2015 12 01 Email from Kyung Hoon Lee to T. Quan - Attachment J | | | |
| 3056 | 2015 12 02 Email from Kyung Hoon | | | |

6.

| | | | | |
|---|---|---|---|---|
| | Lee to T. Quan | | | |
| 3056A | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment A | | | |
| 3056B | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment B | | | |
| 3056C | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment C | | | |
| 3056D | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment D | | | |
| 3056E | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment E | | | |
| 3056F | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment F | | | |
| 3056G | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment G | | | |
| 3056H | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment H | | | |
| 3056I | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment I | | | |
| 3056J | 2015 12 02 Email from Kyung Hoon Lee to T. Quan - Attachment J | | | |
| 3065 | 2015 12 04 Email from T. Quan to H. Lee | | | |
| 3065A | 2015 12 04 Email from T. Quan to H. Lee - Attachment A | | | |
| 3065B | 2015 12 04 Email from T. Quan to H. Lee - Attachment B | | | |
| 3065C | 2015 12 04 Email from T. Quan to H. Lee - Attachment C | | | |
| 3066 | 2015 02 18 Email from A. Katharopolous to D. Murphy | | | |
| 3067 | 2015 12 04 Email T. Quan to K. Lee | | | |
| 3067A | 2015 12 04 Email T. Quan to K. Lee - Attachment A | | | |
| 3067B | 2015 12 04 Email T. Quan to K. Lee - Attachment B | | | |
| 3067C | 2015 12 04 Email T. Quan to K. Lee - Attachment C | | | |
| 3068 | 2015 12 08 Email from T. McMillen to D. Murphy, B. So | | | |
| 3069 | 2015 12 08 Email from T. Quan to D. Lauzon | | | |
| 3069A | 2015 12 08 Email from T. Quan to D. Lauzon - Attachment | | | |
| 3071 | 2015 12 11 Email from T. Quan re: Updated T1XX Package | | | |
| 3071A | 2015 12 11 Email from T. Quan re: Updated T1XX Package - Attachment | | | |

| 3073 | 2015 12 11 Email T. Quan to G. Yu | | 11/8/23 | 11/8/23 |
|------|-----------------------------------|--|---------|---------|
| 3073A | 2015 12 11 Email T. Quan to G. Yu - Attachment A | | | |
| 3074 | 2015 12 20 Email from T. Quan to B. So | | | |
| 3075 | 2015 12 21 Email from L. Yoon to WK MIT | | | |
| 3076 | 2016 01 26 Email from K. Reynolds to D. Lauzon | | | |
| 3076A | 2016 01 26 Email from K. Reynolds to D. Lauzon A | | | |
| 3077 | 2016 01 18 Email from L. Yoon to T. Quan | | | |
| 3078 | 2016 01 19 D. Murphy to P. Swadia | | | |
| 3079 | 2016 01 19 Meeting invitation from T. Quan to L. Yoon | | | |
| 3080 | 2016 01 21 Email from L. Yoon to T. Quan | | | |
| 3081 | 2016 01 21 Email from L. Yoon to T. Quan - Attachment | | | |
| 3083 | 2016 02 12 Email from T. Quan to B. So | | | |
| 3084 | 2016 02 13 Email from T. McMillen to B. So | | | |
| 3085 | 2016 03 21 Email from L. Yoon to B. So | | | |
| 3086 | 2016 03 24 Email from L. Yoon to B. So | | | |
| 3087 | 2016 04 01 Email from B. So to L. Yoon | | | |
| 3088 | 2016 04 27 Email from T. Quan to L. Yoon | | | |
| 3089 | 2016 05 04 Email from L. Yoon to T. Quan | | | |
| 3090 | 2017 10 20 GM Korea Letter to WK MIT | | | |
| 3092 | 2017 11 06 WK MIT Response to GM | | | |
| 3093 | B. So 2014 GM Evaluation | | | |
| 3094 | B. So 2015 GM Evaluation | | | |
| 3095 | G Yu 2014 GM Evaluation | | | |
| 3096 | GM - WK MIT May 2015 Contract Amendment | | | |
| 3097 | GM - WK MIT May 2015 Contract No: 214F02J5 | | | |
| 3098 | T. Quan 2018 GM Evaluation | | | |
| 3099 | 2010 08 27 Purchase Contract | | 11/8/23 | 11/8/23 |

8.

| | | | | |
|---|---|---|---|---|
| 3100 | 2018 Quan GM Evaluation | | | |
| 3101 | 2015 Quan GM Evaluation | | | |
| 4001 | 2015 10 15 ROI HSI T. Quan | | | |
| 4002 | 2015 12 18 ROI HSI Unidentified Informant | | | |
| 4003 | 2015 12 18 ROI-N Handwritten Notes | | | |
| 4004 | 2015 12 22 ROI HSI Hwan Duk Lee | | | |
| 4005 | 2015 12 28 ROI HSI C. Kim | | | |
| 4006 | 2015 12 28 ROI HSI S. Friedman (C. Kim) | | | |
| 4007 | 2015 12 28 ROI-N HSI Handwritten Notes | | | |
| 4008 | 2016 01 08 ROI HSI Kyung Min Kim | | | |
| 4009 | 2016 01 08 ROI-N Handwritten Notes | | | |
| 4010 | 2016 01 10 ROI HSI Request to HSI Attaché Seoul | | | |
| 4011 | 2016 01 10 ROI IRS Chul Kim | 11/13/23 | | |
| 4012 | 2016 01 10 ROI-N Handwritten Notes | | | |
| 4013 | 2016 01 21 ROI IRS J. Choi | | | |
| 4014 | 2016 01 21 ROI Undercover Recording Chul Kim | | | |
| 4015 | 2016 01 21 ROI Undercover Recording Chul Kim - Transcript (English) | | | |
| 4016 | 2016 04 06 ROI HSI C. Kim | 11/13/23 | | |
| 4017 | 2016 04 06 ROI-N Handwritten Notes | | | |
| 4018 | 2016 08 24 ROI HSI C. Kim | | | |
| 4019 | 2017 02 14 ROI IRS C. Kim | 11/13/23 | | |
| 4020 | 2017 02 14 ROI-N Handwritten Notes | | | |
| 4021 | 2017 02 17 ROI HSI C Ki+B253m. | | | |
| 4022 | 2017 02 17 ROI-N Handwritten notes | | | |
| 4023 | 2017 05 25 C. Kim Statement Republic of Korea - Translated | 11/13/23 | | |
| 4024 | 2017 06 09 C. Kim Interview Republic of Korea - Original | 11/13/23 | | |
| 4025 | 2017 06 09 C. Kim Interview Republic of Korea - Translated (1) | | | |
| 4026 | 2017 06 09 C. Kim Interview Republic of Korea - Translated (2) | | | |

9.

| 4027 | 2017 06 13 Lee Interview Republic of Korea (1) - Original | | 11/9/23 Pgs.: 30 37 11/13/23 | |
| 4027T | 2017 06 13 Lee Interview Republic of Korea (1) - Translated | | | |
| 4029 | 2017 06 13 Lee Interview Republic of Korea (2) - Original | | 11/13/23 | |
| 4029T | 2017 06 13 Lee Interview Republic of Korea (2) - Translated | | | |
| 4031 | 2017 06 15 Republic of Korea Opinion on Grounds for Arrest H. Lee | | | |
| 4032 | 2017 06 29 C. Kim Interview Republic of Korea - Original | | 11/13/23 | |
| 4032T | 2017 06 29 C. Kim Interview Republic of Korea - Translated | | 11/13/23 | |
| 4034 | 2017 11 17 ROI HSI Collateral Seizure of $3.2m | | | |
| 4035 | 2017 12 13 ROI IRS Hawn Duk Lee | | | |
| 4036 | 2017 12 13 ROI-N Handwritten Notes | | | |
| 4037 | 2017 12 14 ROI-N Handwritten Notes | | | |
| 4038 | 2020 02 26 ROI HSI L. Yoon | | | |
| 4039 | 2020 02 26 ROI-N Handwritten Notes | | | |
| 4040 | 2020 03 03 ROI HSI Yeo | | | |
| 4041 | 2020 03 04 ROI-N Handwritten Notes | | | |
| 4042 | 2020 03 11 ROI HSI B. So | | | |
| 4043 | 2020 03 30 ROI HSI D. Vo | | | |
| 4044 | 2020 03 30 ROI-N Handwritten Notes | | | |
| 4045 | 2020 08 17 Collateral Request HSI T. Quan | | | |
| 4046 | 2020 09 10 ROI HSI D. Murphy | | 11/8/23 | |
| 4047 | 2020 09 24 ROI HSI T. Quan | | 11/14/23 Pg. 7 | |
| 4048 | 2020 09 24 ROI-E Exhibits | | | |
| 4049 | 2020 09 24 ROI-N Handwritten Notes | | | |
| 4050 | 2020 10 08 ROI HSI J. Yeo | | | |
| 4051 | 2020 10 16 ROI HSI L. Yoon | | | |
| 4052 | 2020 10 16 ROI-N Handwritten Notes | | | |
| 4053 | 2020 11 18 ROI HSI L. Yoon | | | |
| 4054 | 2020 11 18 ROI-N Handwritten Notes | | | |
| 4055 | 2020 11 19 ROI J. Yeo | | | |

| 4056 | 2020 11 19 ROI-N Handwritten Notes | | | |
| 4057 | 2021 04 12 ROI HSI J. Ferry | | | |
| 4058 | 2021 04 12 ROI-N Handwritten Notes | | | |
| 4059 | 2021 04 14 ROI HSI D. Murphy | | | |
| 4060 | 2021 04 14 ROI-N Handwritten Notes | | | |
| 4061 | 2021 05 12 ROI HSI Hwan Duk Lee | | | |
| 4062 | 2021 05 12 ROI-N Handwritten Notes | | | |
| 4063 | 2021 05 17 ROI HSI J. Ferry | | | |
| 4064 | 2021 05 17 ROI-N Handwritten Notes | | | |
| 4065 | 2021 06 08 Interview Quan Recording (1) | | | |
| 4066 | 2021 06 08 Interview Quan Recording (2) | | 11/14/23 | |
| 4067 | 2021 06 08 Interview Quan Recording (3) | | | |
| 4068 | 2021 06 22 ROI HSI T. Quan | | | |
| 4069 | 2021 06 22 ROI-N Handwritten Notes | | | |
| 4070 | 2023 09 12 ROI HSI S. Yeo | | | |
| 4071 | 2023 09 14 ROI HSI J. Yeo | | | |
| 4072 | 2023 09 14 ROI Recording | | | |
| 4073 | Photo from Kyung Min Kim Cell Phone (1) | | | |
| 4074 | Photo from Kyung Min Kim Cell Phone (2) | | | |
| 4075 | Photo from Kyung Min Kim Cell Phone (3) | | | |
| 4076 | 2023 11 01 ROI HSI D. Murphy | | | |
| 4077 | Handwritten Note Hwan Duk Lee interview | | | |
| 4078 | 2023 11 08 Handwritten Hwan Duk Lee Interview notes | | | |
| 5001 | 2016 11 06 Lee Transactions | | | |
| 5002 | Chul-Kim Lee Texts - Translated | | | |
| 5003 | Chul-Kim Lee Texts - Translated | | 11/13/23 | |
| 5004 | Summary Charts | | | |
| 5005 | 2016 03 02 Chul Kim Agreement | | | |
| 5006 | 2016 03 03 Chul Kim Agreement Signature Page | | | |
| 5007 | 2017 12 04 Proffer Agreement Hwan Duk Lee | | | |
| 5009 | 2021 06 25 Kobre & Kim Letter | | 11/13/23 | |
| 5010 | 2022 08 01 Kobre & Kim Letter | | | |
| 5011 | 2017 05 25 Chul Kim Money | | | |

11.

| | | | | |
|---|---|---|---|---|
| | Laundering Diagram | | | |
| 5012 | 2017 05 25 Chul Kim Money Laundering Diagram - Drawn | | | |
| 5013 | False Loan Agreement - Original | 11/13/23 | | |
| 5013T | False Loan Agreement - Translated | 11/13/23 | | |
| 5015 | C. Kim Criminal History | | | |
| 5016 | Hwan Duk Lee Sentencing Report - Original | | | |
| 5016T | WK MIT Financial Analysis - Original | | | |
| 5017 | Korean Prosecutor Financial Analysis | | | |
| 5018 | Korean Search and Seizure Report | | | |
| 5019 | Korean Prosecutor Report | | | |
| 5020 | Korean Travel Records | | | |
| 5021 | H. Lee Korean Bank Record | | | |
| 5022 | Non-Prosecution Agreement - Korean | 11/13/23 | 11/13/23 | |
| 5022T | Non-Prosecution Agreement - Translated | 11/13/23 | 11/13/23 | |
| 6001 | 2015 11 29 Email from T. Quan to hdlee1249@hanmail.net | | | |
| 6002 | 2015 11 30 Email from hdlee1249@hanmail.net to bearbom7@gmail.com | | | |
| 6003 | 2015 11 30 Email from thang.quan@gmail.com to hdlee1249@hanmail.net | | | |
| 6004 | 2015 12 01 Email from thang.quan@gmail.com to hdlee1249@hanmail.net | | | |
| 6006 | 2020 03 11 Surreptitious Recording of Defendant | | | |
| 6007 | Chul Kim Undercover Meeting Recording part 1 | | | |
| 6008 | Chul Kim Undercover Meeting Recording part 2 | | | |
| 6009 | Chul Kim Undercover Meeting Recording part 3 | | | |
| 6010 | Chul Kim Undercover Meeting Recording part 4 | | | |
| 6011 | Chul Kim Undercover Meeting Recording part 5 | | | |
| 6012 | Chul Kim Undercover Meeting Recording part 6 | | | |
| 6013 | Don Vo Recording | | | |