DUPLICATE ORIGINAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
11/16/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CB   DEPUTY

|  |  |
|---|---|
| United States of America<br>    Plaintiff(s),<br>vs.<br>Hyoung Nam So<br>    Defendant(s). | CASE NO.:  CR 22-00108-AB<br><br>JURY NOTE #: __1__<br><br>TIME: __2:40__ |

☑ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

_____

_____

_____

_____

_____

_____

Dated: __11/16/23__                          ███████████
                                             Foreperson of the Jury