DUPLICATE ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
11/16/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CB  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>HYOUNG NAM SO<br>　　　　Defendant. | Case No.: 2:22-CR-00108-AB<br>**VERDICT FORM** |

## **VERDICT**

We, the jury in the above-captioned case, present the following unanimous verdict.

As to the following count charged against Hyoung Nam So ("Brian So"):

### COUNT ONE – HYOUNG NAM SO ("BRIAN SO")
### CONSPIRACY TO COMMIT FEDERAL FUNDS BRIBERY

1. We, the Jury, unanimously find the defendant HYOUNG NAM SO:

    ✓     GUILTY

    _____ NOT GUILTY

of Conspiracy, in violation of Title 18 United States Code, Section 371, as charged in the Indictment. The foreperson should now sign and date this verdict form.

____11/16/23____                    █████████████
DATED                               FOREPERSON

1