**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America,

PLAINTIFF(S)

v.

Hyoung Nam so, aka Brian So

DEFENDANT(S)

CASE NUMBER

CR 22-00108-AB

**NOTICE OF CLERICAL ERROR**

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Verification of Surrender

Filed date: 12/13/2024 Document Number(s): 237

☐ Incorrect case number ____________ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is ____________

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: ________

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: ____________ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ____________ to ☐ Judge ☐ Magistrate Judge ____________ . The initials of the new judge(s) are: ________

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ____________ has been changed to new case number ____________ .

☐ Case title is corrected from ____________ to ____________

☐ Document has been re-numbered as document number ____________

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ____________ .

☐ Document is missing page number(s): ____________

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ____________

☒ Other: The Verification of Surrender was entered prematurely. The Court Granted Defendant's Motion for Bond on Appeal. See Dkt. [227] Defendant Hyoung Nam So shall abide by the same terms and conditions of his pretrial release, as reflected in Docket Entry No. 11. (3) Defendant Hyoung Nam So's surrender date of December 1, 2024 is hereby VACATED.

CLERK, U.S. DISTRICT COURT

Date: January 7, 2025

By: /s/ E. Synagogue
Deputy Clerk